UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 2 9 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jesus Ernesto PARRA-Reyes,<br><br>    Defendant. | Magistrate Docket No.<br><br>'18 MJ0400<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1326 Attempted Entry After Deportation<br><br>Title 8, USC 1325 Illegal Entry (misdemeanor) |

The undersigned complainant being, duly sworn, states:

### COUNT ONE

On or about January 27, 2018, within the Southern District of California, defendant Jesus Ernesto PARRA-Reyes, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Tecate, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

### COUNT TWO

That on or about January 27, 2018, within the Southern District of California, defendant, Jesus Ernesto PARRA-Reyes, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
David R. Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 29th DAY OF January, 2018.

WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**

**Jesus Ernesto PARRA-Reyes,**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 27, 2018, Border Patrol Agent Agent K. Seuferer was performing his assigned duties in the Boulevard Border Patrol Station's area of responsibility. Agent Seuferer was wearing his full Border Patrol issued rough duty uniform. At approximately 2:05 PM, Border Patrol Agent C. Driskell, who was operating a mobile scope, notified agents that he observed an individual walking north from the United States/Mexico International Border, in an area known to Border Patrol agents as "Airport Mesa". Agent Seuferer responded to the area and encountered the individual, later identified as the defendant, Jesus Ernesto PARRA-Reyes, as he walked down "Airport Mesa". This area is approximately 30 miles east of the Tecate, California Port of Entry and approximately 200 yards north of the United States/Mexico International Boundary. Agent Seuferer conducted an immigration inspection. PARRA stated he is a citizen of Mexico not in possession of immigration documents allowing him to enter or remain in the United States legally. At approximately 2:15 PM, Agent Seuferer place PARRA under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on January 27, 2018 with an intended destination of Washington State.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 23, 2017, through El Paso, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**CONTINUATION OF COMPLAINT:**
**Jesus Ernesto PARRA-Reyes,**

Executed on January 28, 2018 at 12:00 PM.

Michael T. Grant Jr.
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on January 27, 2018, in violation of 8 USC 1326, 8 USC 1325.

JAN M. ADLER
U.S. Magistrate Judge

**12:39 PM, Jan 28, 2018**
Date/Time